THE STATE OF OHIO, APPELLANT, *v.* ALLEN, APPELLEE.

[Cite as *State v. Allen*, 128 Ohio St.3d 442, 2011-Ohio-1838.]

(No. 2010–1342—Submitted October 12, 2010—Decided April 19, 2011.)

---

{¶ 1} Sua sponte, this cause is no longer held for the decision in 2010–1216, *State ex rel. DeWine v. Burge*, 128 Ohio St.3d 236, 2011-Ohio-235, 943 N.E.2d 535.

{¶ 2} The judgment of the court of appeals is affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

---

Dennis P. Will, Lorain County Prosecuting Attorney, and Billie Jo Belcher, Assistant Prosecuting Attorney, for appellant.